# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALYSSA STARK, | |
| Plaintiff, | Case No. 20-cv-02219 |
| v. | |
| E COLLECTIVE HOLDINGS, INC., ELEMENT COLLECTIVE, INC., CHRISTOPHER DEXTER, individually, JARED VANCAMP, individually, CHRISTOPHER FREEMAN, individually and as Plan Administrator, | Judge Edmond E. Chang <br><br> Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, Alyssa Stark, by and through her undersigned counsel, pursuant to the Court's August 11, 2020 Order [Dkt. #22], and pursuant to Fed. R. Civ. P. 55, states as follows as her *Motion for Entry of Default Judgment*:

1.  Plaintiff filed her Complaint in this action on April 9, 2020 seeking recovery against Defendants E Collective Holdings, Inc., Element Collective, Inc., for violations of ERISA, 29 U.S.C. § 1001, *et seq.* (Count I), breach of fiduciary duty (Count II). Plaintiff also seeks recovery from Christopher Dexter, and Jared VanCamp, E Collective Holdings, Inc., and Element Collective, Inc., for violations of the Illinois Wage Payment and Collection Act (Count III).

2.  Defendant Jared VanCamp was served with the Complaint and Summons on July 7, 2020.

3. Defendant Christopher Dexter was served in his individual capacity on July 9, 2020.

4. Defendants E Collective Holdings, Inc. and Element Collective, Inc. were served through Christopher Dexter, in his capacity as an owner and officer, on July 9, 2020.

5. On July 27, 2020, Defendant VanCamp filed a *pro se* appearance [Dkt. # 19], but has not filed a responsive pleading, which was due on or before July 28, 2020.

6. Neither Defendants Dexter, E Collective Holdings, Inc. or Element Collective, Inc. have filed a responsive pleading, which was due on or before July 30, 2020.

7. The Court granted the Defendants until August 24, 2020 to file their responsive pleadings [Dkt. #22], but they have not done so.

8. Defendants' failure to defend and deny the allegations of Plaintiff's Complaint results in those allegations being admitted and Plaintiff therefore moves the Court for the entry of Default Judgment.

9. Pursuant to Counts I and II, Plaintiff is seeking "the amount of money to which she was entitled but did not receive under the terms of the Plan, and interest; for her reasonable attorneys' fees and costs." Compl. at 5, 6.

10. Those damages would overlap with the damages Plaintiff seeks against all four remaining Defendants in Count III, where she seeks "her actual and compensatory damages arising from Defendants' violations of the Illinois Wage Payment and Collection Act; 2% of the amount of underpayments for each month following the date of payment during which such underpayment remains unpaid pursuant to 820 ILCS 115/14; for her reasonable attorneys' fees and costs." *Id.* at 8.

11. Plaintiff has calculated her unpaid wages to be $53,628.03. Plaintiff has calculated 2% of the amount of underpayments for each month following the date of payment during which such underpayment remained to be $23,550.56. *See* Declaration of Alyssa Stark, attached hereto as Exhibit A.

12. Counsel for Plaintiff has incurred 12.0 hours and his normal hourly rate is $425/hour. Plaintiff's counsel has also incurred $1,198.65 in expenses. *See* Declaration of Ethan White, attached hereto as Exhibit B.

13. Plaintiff therefore seeks **$94,265.24** jointly and severally from the four remaining Defendants.

14. Plaintiff, through counsel, has attempted to notify Defendants of this Motion as detailed in the attached Declaration in Support. *See* Exhibit B.

**WHEREFORE**, Plaintiff, Alyssa Stark, respectfully requests that this Court enter an Order of Default Judgment against Christopher Dexter, and Jared VanCamp, E Collective Holdings, Inc., and Element Collective, Inc., in the amount of **$94,265.24**.


Dated: August 26, 2020              **RESPECTFULLY SUBMITTED**,

                                    By: /s/ Ethan E. White


**EMERY LAW, LTD.**
Ethan E. White
2021 Midwest Road, Suite 200
Oak Brook, Illinois 60523
(630) 984-0339 (direct)
ewhite@emerylawltd.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served the foregoing document by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each party who has appeared by CM/ECF on August 25, 2020. In addition, simultaneous with the filing, I have mailed a copy of this Motion via USPS Registered Mail to the following:

> E Collective Holdings, Inc.
> c/o Christopher Dexter
> 801 North Pitt Street, Apt. 1207
> Alexandria, VA 22314
>
> Element Collective, Inc.
> c/o Christopher Dexter
> 801 North Pitt Street, Apt. 1207
> Alexandria, VA 22314
>
> Christopher Dexter
> 801 North Pitt Street, Apt. 1207
> Alexandria, VA 22314
>
> Jared VanCamp
> 2328 North Spaulding, Apt 1B
> Chicago, IL 60647

RESPECTFULLY SUBMITTED,

Dated: August 26, 2020                      By: /s/ Ethan E. White

**EMERY LAW, LTD.**
Ethan E. White
2021 Midwest Road, Suite 200
Oak Brook, IL 60523
(630) 984-0339 (direct)
ewhite@emerylawltd.com

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALYSSA STARK,

    Plaintiff,

v.

E COLLECTIVE HOLDINGS, INC.,
ELEMENT COLLECTIVE, INC.,
CHRISTOPHER DEXTER, individually,
JARED VANCAMP, individually,
CHRISTOPHER FREEMAN, individually and
as Plan Administrator,

    Defendants.

Case No. 20-cv-02219

Judge Edmond E. Chang

Magistrate Judge Sheila M. Finnegan

## DECLARATION OF ALYSSA STARK IN SUPPORT OF HER MOTION FOR DEFAULT JUDGMENT

I, Alyssa Stark, declare as follows:

1. I am the Plaintiff in this matter.

2. I am attaching to my Declaration Exhibit 1, which reflects each paycheck that I should have received as regular payroll, but that instead I had to use to replace my missing 401(k) contributions as detailed in the Complaint.

3. Starting in mid-January 2019, I agreed to a lower weekly salary of $500 per week for reduced work duties, but Defendants did not even pay me that.

4. Finally, I have calculated the statutory 2% interest available to me under the Illinois Wage Payment and Collection Act for each month each payment was outstanding.

5. I declare upon penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will completely testify as set forth above.

Dated: 8.26.2020

                              Alyssa Stark
                              Alyssa Stark

# Exhibit 1

| Pay Date | Gross Payroll Owed | Months Outstanding (rounded down) | 2% per month outstanding |
|---|---|---|---|
| 5/23/18 | $2,807.00 | 27 | $1,515.78 |
| 6/6/18 | $3,807.00 | 26 | $1,979.64 |
| 6/20/18 | $2,844.03 | 26 | $1,478.90 |
| 7/4/18 | $3,807.00 | 25 | $1,903.50 |
| 7/18/18 | $3,807.00 | 25 | $1,903.50 |
| 8/1/18 | $3,807.00 | 24 | $1,827.36 |
| 10/24/18 | $3,807.00 | 22 | $1,675.08 |
| 11/7/18 | $3,807.00 | 21 | $1,598.94 |
| 11/21/18 | $3,807.00 | 21 | $1,598.94 |
| 12/5/18 | $3,807.00 | 20 | $1,522.80 |
| 12/19/18 | $3,807.00 | 20 | $1,522.80 |
| 1/2/19 | $3,807.00 | 19 | $1,446.66 |
| 1/16/19 | $3,807.00 | 19 | $1,446.66 |
| 1/14/2019 | $500.00 | 19 | $190.00 |
| 1/21/19 | $500.00 | 19 | $190.00 |
| 1/28/19 | $500.00 | 19 | $190.00 |
| 2/4/19 | $500.00 | 18 | $180.00 |
| 2/11/19 | $500.00 | 18 | $180.00 |
| 2/18/19 | $500.00 | 18 | $180.00 |
| 2/26/19 | $500.00 | 18 | $180.00 |
| 3/4/19 | $500.00 | 17 | $170.00 |
| 3/13/19 | $500.00 | 17 | $170.00 |
| 3/18/19 | $500.00 | 17 | $170.00 |
| 3/25/19 | $500.00 | 17 | $170.00 |
| 4/1/19 | $500.00 | 16 | $160.00 |
| SUBTOTAL | **$53,528.03** | | **$23,550.56** |
| | | | |
| TOTAL | $77,078.59 | | |

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALYSSA STARK,<br><br>    Plaintiff,<br><br>    v.<br><br>E COLLECTIVE HOLDINGS, INC.,<br>ELEMENT COLLECTIVE, INC.,<br>CHRISTOPHER DEXTER, individually,<br>JARED VANCAMP, individually,<br>CHRISTOPHER FREEMAN, individually<br>and as Plan Administrator,<br><br>    Defendants. | Case No. 20-cv-02219<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Sheila M. Finnegan |

**DECLARATION OF ETHAN WHITE
IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

I, Ethan White, declare as follows:

1. I am an attorney at law licensed to practice in Illinois, and admitted in the Northern District of Illinois. My business address is 2021 Midwest Road, Suite 200, Oak Brook, Illinois 60523. I am counsel of record of Plaintiff in this matter.

2. To date, I have spent 12.0 hours in litigating this matter.

3. I am a 2008 *cum laude* graduate of Northwestern Law School, a member of this District's trial bar, and have litigated more than 80 cases in this District. While I am handling this matter on a contingency basis, my normal hourly rate is $425/hour.

4. My firm has incurred the follow case expenses to date:

| Description | Cost | Dated |
|---|---|---|
| Filing fee for lawsuit. | $400 | 04/09/2020 |

| | | |
|---|---|---|
| Postage fee for Freeman waiver of summons and complaint. | $10.05 | 04/27/2020 |
| Postage fee for Van Camp and Dexter waiver of summons. | $22 | 04/29/2020 |
| LaSalle Process Server Invoice No. 61207 for service attempts on Freeman. | $266.50 | 04/30/2020 |
| Mailing fee for second waiver of summons to Van Camp. | $10.05 | 05/21/2020 |
| USPS postage fee for letter and waivers to C. Dexter regarding corporate entities. | $10.05 | 06/01/2020 |
| Invoice for LaSalle Process Servers for service of Complaint and Summons on VanCamp ($109), Dexter, E Collective, and Element Collective ($371). | $480 | 07/16/2020 |

TOTAL Expenses: $1,198.65

5. On August 26, 2020, and contemporaneous with the filing of Plaintiff's *Motion for Entry of Default Judgment*, I caused a copy of that Motion to be sent to Defendants via U.S. Postal Registered Mail at the address they were served with the Complaint.

6. I declare upon penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will completely testify as set forth above.

Dated: August 26, 2020

_____
Ethan White