## *United States District Court for the Northern District of Illinois*

Case Number:                          Assigned/Issued By:

Judge Name:                            Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*    ☐ $400.00     ☐ $47.00     ☐ $5.00

                     ☐ IFP          ☐ No Fee     ☐ Other _____

                     ☐ $505.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons               ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

☐ Citation to Discover Assets            (Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

_____ Original and _____ copies on _____ as to _____
                                     (Date)

Rev. 08/19/2016